UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Edward Chambers, Jr.,**

**Plaintiff,**

**v.**

**Metropolitan Property and Company and St. Paul Fire and Marine Insurance Company,**

**Defendants.**

**Civil No. 00-2111 (ADM /SRN)**

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

## Discovery Plan

1. **Discovery shall be commenced in time to be completed by November 1, 2001.**

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before February 15, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Plaintiff(s) on or before August 1, 2001.

   b. By Defendant(s) on or before September 4, 2001.

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before October 1, 2001.

5. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

6. No more than 10 depositions for plaintiff and 10 depositions jointly for defendants, excluding expert witness depositions, shall be taken. Each party shall take no more than 3 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by February 19, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by November 15, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by January 15, 2002, (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on March 1, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 5 - 7 days.

Dated: January 23, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge