**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Edward Chambers, Jr.,

Plaintiff,

vs.

Metropolitan Property and Casualty Insurance Co., and St. Paul Fire and Marine Insurance Co.,

Defendants.

Case Number: 00-CV-2111 ADM/SRN

**STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER**

---

To: Defendants above-named, and their attorneys, LITTLER MENDELSON, P.C., by Marko J. Mrkonich and Heather C. Sherman, Multifoods Tower, 33 South 6th Street, Suite 3110, Minneapolis, Minnesota 55402

The above matter was commenced on or about September 11, 2000. The Pretrial Scheduling Order was dated on January 23, 2001, and filed on January 24, 2001. The Order requires that discovery shall be completed by November 1, 2001.

While the first set of written discovery has been completed by both sides, depositions have not been commenced, with the exception of the Plaintiff's deposition. Therefore, the parties are requesting that the Pretrial Scheduling Order be amended to extend the deadlines an additional 60 days. As such, discovery shall be completed by January 1, 2002.

The parties, through their attorneys, do hereby stipulate and agree to extend the deadlines and amend the Scheduling Order to read as follows:

1. Discovery shall be completed by January 1, 2002.
2. All non-dispositive motions shall be brought before the Court no later than January 15, 2002.

FILED OCT 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. All dispositive motions shall be brought before the Court no later than March 15, 2002.

4. The parties shall obtain a new trial date from the Court upon filing of this Stipulation and Order. Case will be trial ready on June 1, 2002

**SO STIPULATED:**

Dated: 9-24, 2001

MAVITY & ASSOCIATES

By: Stephanie Howard-Clark

William J. Mavity (#143716)
Stephanie Howard-Clark (#0303641)
1460 Southpoint Office Center
1650 W. 82nd Street
Minneapolis, MN 55431
Telephone: (952) 885-5600
Attorneys for Plaintiff Edward Chambers

Dated: 10-1, 2001

LITTLER MENDELSON, P.C.

By:

Marko J. Mrkonich (#125660)
Heather C. Sherman (#288135)
Multifoods Tower
33 South 6th Street, Suite 3110
Minneapolis, MN 55402
Telephone: (612) 630-1000
Attorneys for Defendants Metropolitan Property and Casualty Insurance Company and St. Paul Fire and Marine Insurance Co.

**ORDER**

Based on the foregoing Stipulation of the parties, **IT IS SO ORDERED.**

Dated: October 4, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
U.S. Magistrate Judge

No further extensions will be granted