# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Edward A, Chambers, Jr.

Case No. Civil 00-2111 ADM/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Metropolitan Property and Casualty Insurance Co., and St. Paul fire and Marine Insurance Co.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: Defendant's motion for summary judgment is GRANTED.

DATE: June 13, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk